1 | DERICK E. KONZ, S.B. #286902
    Email: dkonz@akk-law.com
2 | JACOB J. GRAHAM, S.B. #340295
    Email: jgraham@akk-law.com
3 | **ANGELO, KILDAY & KILDUFF, LLP**
4 | Attorneys at Law
5 | 601 University Avenue, Suite 150
    Sacramento, CA  95825
6 | Telephone:  (916) 564-6100
    Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF ROCKLIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| BRENDEN OWENS, an individual, | ) Case No.: 2:22-cv-00553-MCE-AC |
|---|---|
| Plaintiff, | ) **NOTICE OF RESOLUTION** |
| vs. | ) |
| CITY OF ROCKLIN, et al., | ) |
| Defendants. | ) |

Pursuant to Local Rule 160, the parties hereby notify the Court that an agreement has been reached between Plaintiff and Defendant to resolve this case, including a dismissal of all claims with prejudice. The parties are finalizing the paperwork and will file the joint dismissal stipulation as soon as possible.

Dated: April 29, 2022              ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Derick Konz*
                                   By:_____
                                          DERICK KONZ
                                          Attorneys for Defendant

Dated: April 29, 2022              LAW OFFICES OF JOHN L. BURRIS

                                          */s/ James Cook*
                                          *(as authorized on 4.29.22)*
                                   By:_____
                                          JAMES COOK
                                          Attorneys for Plaintiff